IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ROMANOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and WELLS FARGO BANK,<br><br>　　　　Defendants. | Civil Action No. 2:21-cv-01314-AJS |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S JOINT NOTICE OF SETTLEMENT

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Daniel Romanowski ("Plaintiff") hereby notify the Court that Experian and Plaintiff have reached a settlement in principle as to Plaintiff's claims against Experian. Experian and Plaintiff plan to file a joint stipulation of dismissal with prejudice once settlement has been finalized.

2

Dated: March 2, 2022    Respectfully submitted,

/s/ Bo A. Stewart
Bo A. Stewart, Esq.
Pa. Attorney ID 326089
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Phone:  (412) 391-3939
Fax:  (412) 394-7959
Email: bstewart@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc*.

/s/ Daniel Romanowski (with permission)
Daniel Romanowski
323 E Wallace Ave
New Castle, PA 16101
Telephone:  (817) 657-0911
Email: Cobra2599@gmail.com

*Plaintiff (Pro Se)*

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Plaintiff and counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  Respectfully submitted,

                                                  */s/ Bo A. Stewart*
                                                  *Counsel for Defendant*
                                                  *Experian Information Solutions, Inc.*