# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1318

Daniel Romanowski v. Trans Union LLC, et al

(U.S. District Court No.: 2-21-cv-01314)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Dated: June 08, 2022
TMM/cc:
Michael A. Magee, Esq.
Aileen McTiernan, Esq.
Camille R. Nicodemus, Esq.
Daniel Romanowski
Colleen Willison